UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

ANTONIO CAMPOS MARIN et al.,
                Plaintiffs,

                                       19-cv-569 (JGK)
    - against -

                                       ORDER
J&B 693 CORP et al.,
.
                Defendants.
─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The parties should provide a status report and Rule 26(f) report by May 1, 2020.

**SO ORDERED.**

**Dated:**   New York, New York
        April 17, 2020        ___/s/ John G. Koeltl_____
                                          John G. Koeltl
                                   United States District Judge