**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

─────────────────────────────────────

**ANTONIO IVAN CAMPOS MARIN ET AL.,**

              **Plaintiffs,**          **19-cv-569 (JGK)**

      **- against -**          <u>**ORDER TO SHOW CAUSE**</u>
                               <u>**FOR DEFAULT JUDGMENT**</u>
**J&B 693 CORP. ET AL.,**

              **Defendants.**

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Clerk of the Court issued a Certificate of Default against the defendants J&B 693 Corp., Los Lizardos, Inc., 9th Ave Lime Jungle, Inc., BKUK 9 Corp, and Besim Kukaj, ECF Nos. 27, 31, 78-80, and the plaintiffs have moved for a default judgment against these defendants.

    The defendants J&B 693 Corp., Los Lizardos, Inc., 9th Ave Lime Jungle, Inc., BKUK 9 Corp, and Besim Kukaj are ordered to show cause why a default judgment should not be entered against them pursuant to Rule 55 of the Federal Rules of Civil Procedure. The defendants shall respond in writing to this Order to Show Cause for a default judgment by **April 16, 2021**. If the defendants fail to respond by that date, judgment may be entered against them and the defendants will have no trial. The plaintiff may reply by **April 23, 2021**.

The plaintiff shall serve a copy of this Order to Show Cause by **April 6, 2021** and shall file proof of service by **April 18, 2021.**

**SO ORDERED.**

**Dated:**  **New York, New York**
         **April 2, 2021**                          /s/ John G. Koeltl
                                            **John G. Koeltl**
                                    **United States District Judge**