```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANTONIO IVAN CAMPOS MARIN, ET AL.,
      Plaintiffs,    19-cv-569 (JGK)

- against -         ORDER

J&B 693 CORP., ET AL.,
      Defendants.

JOHN G. KOELTL, District Judge:

  By Order to Show Cause dated 4/2/21, ECF No. 95, the Court ordered defendants J&B 693 Corp., Los Lizardos, Inc., 9th Ave Lime Jungle, Inc., BKUK 9 Corp, and Besim Kukaj to show cause why a default judgment should not be entered against them. The defendants failed to respond to that Order to Show Cause. Therefore, the Court finds that a default judgment should be entered against the defendants.

  The Court refers the case to the Magistrate Judge for an inquest to determine the judgment to be entered.

SO ORDERED.

Dated:  New York, New York
     December 22, 2021

                _____
                John G. Koeltl
              United States District Judge