UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO IVAN CAMPOS MARIN, ET AL.,
               Plaintiffs,

- against -

J&B 693 CORP., ET AL.,
               Defendants.

19-cv-569 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Katharine H. Parker dated January 21, 2022. No objections have been filed to the Report and Recommendation, and the time for objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and should be adopted. Accordingly, the Court adopts the Report and Recommendation.

The plaintiffs are directed to submit a proposed judgment by **February 11, 2022.** The defendants may submit objections by **February 14, 2022.**

SO ORDERED.

Dated:    New York, New York
           February 7, 2022

                                              John G. Koeltl
                                          **United States District Judge**