**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

ANTONIO IVAN CAMPOS MARIN, JOSE RIGOBERTO SARCENO GARCIA, and MARIA LUZMILA CHAFLA YAMBA,

Case 1:19-cv-00569-PGG-DCF

                Plaintiffs,

**PROPOSED DEFAULT JUDGMENT**

-against-

J&B 693 CORP. (D/B/A CASA AGAVE), LOS LIZARDOS, INC. (D/B/A CASA AGAVE), 9TH AVE LIME JUNGLE, INC. (D/B/A LIMON JUNGLE), BKUK 9 CORP (D/B/A LIME JUNGLE EMPANADAS), BESIM KUKAJ, DIANA DE LOS ANGELES, FRANCISCO SORIANO, and MARTIN BARROSO,

                Defendants

------------------------------------------------------------------X

On October 11, 2021, this action was commenced by Plaintiffs filing of the complaint and this Court's issuance of the summons. The Amended Summons and Complaint in this action having been duly served on the above-named Defendants J&B 693 CORP. (D/B/A CASA AGAVE), LOS LIZARDOS, INC. (D/B/A CASA AGAVE), 9TH AVE LIME JUNGLE, INC. (D/B/A LIMON JUNGLE), BKUK 9 CORP (D/B/A LIME JUNGLE EMPANADAS), BESIM KUKAJ and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and the Clerk of this Court has certified the default of all Defendants.

NOW, on motion of CSM Legal, PC, the attorneys for the Plaintiffs, it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiffs shall have default judgment, jointly and severally, against Defendants J&B 693 CORP. (D/B/A CASA AGAVE), LOS LIZARDOS, INC. (D/B/A CASA AGAVE), 9TH AVE LIME JUNGLE, INC. (D/B/A LIMON JUNGLE), BKUK 9 CORP (D/B/A LIME JUNGLE EMPANADAS), BESIM KUKAJ in the amounts set forth herein.

For Plaintiff ANTONIO IVAN CAMPOS MARIN: $195,945.00;

For Plaintiff JOSE RIGOBERTO SARCENO GARCIA: $113,757.78;

For Plaintiff MARIA LUZMILA CHAFLA YAMBA: $198,830.08;

That the Plaintiffs are also awarded attorney's fees in the amount of $13,360.00 and costs in the amount of $1,501.40, all computed as provided in 28 U.S.C. § 1961(a).

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

This document was entered on the docket on _____.

Dated: _____, 2022

_____
John G. Koeltl
United States District Judge